247 So.2d 396

## Michael T. MIDDLETON

v.

## Bertrand DE BLANC, District Attorney, Fifteenth Judicial District.

No. 51394.

May 13, 1971.

In re: Michael T. Middleton applying for writ of mandamus.

Application denied. The criminal charge pending against relator in the Fifteenth Judicial District has been dismissed. The matter is moot.

247 So.2d 396

## STATE of Louisiana ex rel. J. E. MILLER

v.

## C. Murray HENDERSON, Warden, Louisiana State Penitentiary, et al.

No. 51398.

May 13, 1971.

In re: J. E. Miller applying for writs of habeas corpus and mandamus.

Writs refused. The minutes disclose that applicant was accorded all of his rights upon his plea of guilty.